UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

BRIAN DAVIS                                   CIVIL ACTION NO. 13-cv-2182

VERSUS                                        JUDGE HICKS

BETTY MARAK, ET AL                            MAGISTRATE JUDGE HORNSBY

O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed herein, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that all claims against Betty Marak, Mr. Black, and any other employees of the Federal Public Defender's Office are **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that all remaining claims are **stayed** pending resolution of the criminal prosecution of Plaintiff, and the Clerk of Court is ordered to administratively close this case.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 8th day of August, 2013.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE